# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

## COA #: 14-1572

---

## UNITED STATES OF AMERICA

### Plaintiff/Appellee,

### v.

## TIMOTHY CARPENTER
### Defendant/Appellant

---

### On Appeal from the United States District Court for the Eastern District of Michigan Southern Division

---

## APPENDIX TO APPELLANT'S BRIEF

---

Harold Gurewitz (P14468)
*Attorney for Appellant*
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733

# T<small>ABLE OF</small> C<small>ONTENTS</small>

Government Exhibit 57 - Cellular Analysis. . . . . . . . . . . . . . . . . . . . .  App 001-015

FBI 302 - Interview of Adriane Foster. . . . . . . . . . . . . . . . . . . . . . . App 016-019

FEDERAL BUREAU OF INVESTIGATION
CELLULAR ANALYSIS SURVEY TEAM



# Cellular Analysis

# (313) 579-8507
# (313) 412-6845

SA Christopher J. Hess
Detroit Division
Detroit Major Crimes Task Force

281R-DE-105923

November 5, 2013



GOVERNMENT
EXHIBIT

57

1

## INVESTIGATIVE INFORMATION

*CASE FACTS:* Special Agent Vicente Ruiz, Federal Bureau of Investigation, Detroit Division, investigated a case involving multiple armed robberies dating back to 2010.  The robberies occurred in the Detroit metropolitan area as well as Warren, Ohio.  Investigators linked cellular telephone number (313) 579-8507 to Timothy Sanders (Target Cell Phone 1) and (313) 412-6845 to Timothy Carpenter (Target Telephone 2).

## REQUESTING INFORMATION

*PURPOSE OF ANALYSIS:*  SA Ruiz requested cell site analysis of the target phones to determine the geographic area where the target phones were located in relation to incident date(s) and time(s).

2

## TARGET CELL PHONE 1 INFORMATION

*SERVICE PROVIDER:*  T-Mobile

*SUBSCRIBER INFORMATION:*  N/A

*TYPE OF RECORDS BEING ANALYZED:*  Call Detail Records (CDRs)

*SOURCE FROM WHICH RECORDS ACQUIRED:*  SA Vicente Ruiz furnished an electronic copy of records associated with Target Phone 1.

*DATE & TIME RANGE USED FOR ANAYLSIS:*

03/04/2011, 2:52 p.m.

3

## TARGET CELL PHONE 2 INFORMATION

*SERVICE PROVIDER:*  Metro PCS

*SUBSCRIBER INFORMATION:*  Michael Mayers

*TYPE OF RECORDS BEING ANALYZED:*  Call Detail Records (CDRs)

*SOURCE FROM WHICH RECORDS ACQUIRED:* SA Vicente Ruiz furnished an electronic copy of records associated with Target Phone 2.

*DATE & TIME RANGE USED FOR ANAYLSIS:*

12/13/2010, 10:35 a.m.

12/18/2010, 4:50 p.m.

03/04/2011, 2:52 p.m.

04/05/2011, 2:40 p.m.

4

## BASIC PRINCIPALS UTILIZED IN RECORD ANALYSIS

*TECHNOLOGY*

Cell phones are RADIOS that use RADIO FREQUENCIES to communicate.  Some additional facts:
- Cell phones (when "on") constantly scan their environment looking for the best signal from the tower.
- The best signal generally comes from the tower that is CLOSEST to the phone, or in its direct LINE OF SIGHT.
- The tower with the best signal is the one the handset will use for service, this is the serving cell and will be used to make and receive calls
- The phone will use the serving cell to make/receive calls.
- The phone "sees" other towers around the SERVING CELL and will constantly measure those signal strengths.  However the phone will not randomly reselect to an adjacent tower unless the tower is on its "neighbor list" which is controlled by the network service provider. This allows the network to accurately manage and control the subscribers.
- As the phone moves, it will choose a new serving cell based on signal strength and neighbor list.  If this occurs while the phone is in a call, the phone will "handoff" the call to the next cell site/sector.  Therefore some service providers, such as SPRINT and AT&T, show a "beginning cell site" (call originated) and an "ending cell site" (call ended) in their records.

*CELL SITES AND SECTORS*

Cell towers (also known as CELL SITES or BASE TRANSCEIVER STATIONS) come in all shapes and sizes and can be located anywhere (church steeples, water towers, sides of buildings, etc.).
- A typical cell tower has THREE, 120° sectors.  The service provider sometimes labels the sectors numerically, such as 1, 2, 3, or ALPHA, BETA, GAMMA.  Sector 1 (or Alpha) typically covers the NORTHERN sector of the tower, 2 (EAST), 3 (WEST).
- It is important to note that each BTS has its own unique identifier, this identifier is used to track which towers the handsets use and is like a fingerprint on the network. It is not duplicated anywhere else.
- The location of a cell tower is often determined by sales/marketing, capacity, improvement of coverage, or expansion/growth of a service provider.  Generally there are more towers with overlapping coverage in urban areas; less towers (less coverage) in rural areas.
- Antennas on cell towers have downward tilt and are pointed towards the earth. The antenna arrays are fine tuned to provide a specific area of coverage.  As RF travels away from the tower, their strength (and

5

distance) diminishes.  A good illustration of this principle is to think of a cell tower and the area that it covers as an upside down funnel.

## Cellular Phone Record Analysis of (313) 579-8507

Date Range:  03/04/2011, 2:52 p.m.

## ANALYSIS (313) 579-8507 (Target Telephone 1)

A review of the Call Detail Records (CDRs) revealed that there was call activity during the period covered by the records. The analysis was focused on the specific date and time referenced above. The CDRs contained the cell sites associated with each call event.  The cell sites identified on the call detail records were compared to T-Mobile tower records.  The tower records were imported to Microsoft MapPoint to visually depict the locations of towers within the T-Mobile network in the Detroit and Ohio markets.  The cell sites identified on the CDRs were then plotted utilizing the corresponding tower records.

As a result, during the specified date, cell sites that were utilized by Target Telephone 1 were concentrated within the Warren, Ohio area.  Analysis of the specified time period yielded the following results:

03/04/2011:  A call was initiated at 2:20 PM.  The duration of the call activity was over 31 minutes.  The call originated and terminated on cell site 8499 5703 located in the geographic area consistent with the robbery scene at 2553 Parkman, Warren, Ohio.

A representation of this analysis can be seen in the attached Microsoft PowerPoint presentation labeled Attachment A.

6

## Cellular Phone Record Analysis of (313) 412-6845

Date Range:  12/13/2010, 10:35 a.m.; 12/18/2010, 4:50 p.m.; 03/04/2011, 2:52 p.m.; 04/05/2011, 2:40 p.m.

## ANALYSIS (313) 412-6845 (Target Telephone 2)

A review of the Call Detail Records (CDRs) revealed that there was call activity during the period covered by the records. The analysis was focused on the specific dates and times referenced above. The CDRs contained the cell sites associated with each call event.  The cell sites identified on the call detail records were compared to the tower records furnished by Metro PCS.  The tower records were imported to Microsoft MapPoint to visually depict the locations of towers within the Metro PCS network in the Detroit Metropolitan Area.  On 03/04/2011, Target Telephone 2 was located outside of the Metro PCS market and roaming on the Sprint PCS network in Ohio.  Sprint PCS tower records in the Ohio market were imported to Microsoft MapPoint as well.  The cell sites identified on the CDRs were then plotted utilizing the corresponding tower records.

As a result, cell sites that were utilized by Target Telephone 2 were in the Detroit, Michigan and Warren, Ohio.  On Analysis of the specified time periods yielded the following results:

12/13/2010, 10:35 a.m.: Call activity immediately prior to the reported time of the robbery utilized tower 127, sector 1 and sector 2.  The tower is located southwest of the robbery scene.  The next call originated on an adjacent tower north of the robbery scene.

12/18/2010, 4:50 p.m.:  Call activity in and around the time of the robbery incident utilized tower 173 and tower 188.  The towers are located south of the robbery scene.

03/04/2011, 2:52 p.m.:  Call activity before and after the robbery utilized tower 208 293 on the Sprint network. The tower is located south of the robbery location.

04/05/2011, 2:40 p.m.:  Call activity prior to the robbery incident utilized tower 502 and tower 170.  Tower 502 is located south of the robbery scene.

7

A representation of this analysis can be seen in the attached Microsoft PowerPoint presentation labeled Attachment B.

## CONCLUSION

*LOCATION OF TARGET CELL PHONE:* Based upon my training, experience, and analysis, it is determined that:

Target Telephone 1 utilized cell sites in the geographic area consistent with the robbery scene located at 2553 Parkman, Warren, Ohio on March 4, 2011.

Target Telephone 2 utilized cell sites in the geographic area consistent with the robbery scenes on December 13 and 18, 2010, as well as March 4, 2011, and April 5, 2011.

8

<u>ATTACHMENT A</u>

9

ATTACHMENT B

10

# Target Number (313) 412-6845
## December 13, 2010, 10:35 a.m.



| | Date | Time | Duration | DIR | Dialed Numb | Dest Numb | Status | Special Feature | CallerID | Swit | Sec | Tow | Swit | Sec | Tow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Number: 3134126845 Search Dates: 12/1/2010 - 5/10/2011 | | | | | | | | | Beginning Cell | | | Ending Cell | | |
| 1233 | 12/13/2010 | 10:24:47 | 3:56 | Incoming Call | | 3134126845 | Answered | None | 3134249573 | Detroit1 | 1 | 127 | | 2 | 127 |
| 1234 | 12/13/2010 | 10:31:18 | 8:25 | Outgoing Call | 3134249573 | 3134249573 | Answered | None | | Detroit1 | 3 | 145 | | 1 | 164 |

• At 10:24 a.m., a call nearly 4 minutes in duration originated on tower 127, sector 1 and terminated on sector 2. The tower is located southwest of the robbery scene.

• At 10:31 a.m., a call over 8 minutes in duration originated on tower 145 sector 3 and terminated on tower 164, sector 1. Tower 145 is located northeast of the robbery scene and tower 164 is located near I-94.

2

# Target Number (313) 412-6845

## December 18, 2010, 4:50 p.m.



| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Search Number: 3134126845 Search Dates: 12/1/2010 - 5/10/2011 | | | | | | Beginning Cell | | | Ending Cell | | |
| 2 | Date | Time | Durati | DIR | Dialed Numb | Dest Numb | Status | Special Feature | CallerID | Swit | Sect | Tow | Swit | Sect | Tow |
| 1741 | 12/18/2010 | 16:46:13 | 0:24 | Outgoing Call | 3137785459 | 3137785459 | Answered | None | | Detroit1 | 1 | 173 | | 4 | 188 |
| 1742 | 12/18/2010 | 16:53:31 | 0:35 | Outgoing Call | 3137785459 | 3137785459 | Answered | None | | Detroit1 | 1 | 188 | | 1 | 188 |

• At 4:46 p.m., a call originated on tower 173, sector 1 and terminated on tower 188 sector 4.  Both towers are located south of the robbery scene.

• At 4:53 p.m., a call originated and terminated on tower 188 sector 1 and terminated on tower 164, sector 1.

3

# Target Number (313) 412-6845

## March 4, 2011, 2:52 p.m.



- Call activity at 2:12 p.m. and 3:20 p.m. originated and terminated on tower 208 293.
- Repoll 208 is in the Ohio market and cell site 293 is located south of the robbery scene.

4

# Target Number (313) 579-8507

## March 4, 2011, 2:52 p.m.



| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Voice Detail | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | Msisdn | Direction | Tcseizure Date | First Cell | Last Cell | Calling | Called Number | First Lac | Last Lac | Duration | Duration(Minutes) |
| 7738 | 13135798507 | MTC | 3/4/2011 14:20 | 5703 | 5703 | 12486592168 | 13135798507 | 8499 | 8499 | 1,907 | 31.78 |
| 7739 | 13135798507 | MTC | 3/4/2011 15:12 | 5703 | 5703 | 13133720179 | 13135798507 | 8499 | 8499 | 32 | 0.53 |



- Call activity was initiated at 14:20 (2:20 p.m.) lasting over 31 minutes.
- The activity originated and terminated on cell site 8499 5703.

# Target Number (313) 412-6845

## April 5, 2011,  2:40 p.m.



| | Date | Time | Duration | DIR | Dialed Numb | Dest Numb | Status | Special Features | CallerID | Swit | Sect | Tow | Swit | Sect | Tow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Search Number: 3134126845 Search Dates: 12/1/2010 - 5/10/2011 | | | | | Beginning Cell | | | Ending Cell | | |
| 7855 | 4/5/2011 | 14:21:43 | 15:23 | Outgoing Call | 3137725969 | 3137725969 | Answered | None | | Detroit1 | 6 | 502 | | | 1 | 170 |
| 7856 | 4/5/2011 | 14:30:10 | 0:18 | Incoming Call | | 3134126845 | Answered | Call Waiting | 2482772088 | Detroit1 | 6 | 502 | | 6 | 502 |

• Call activity prior to the robbery incident utilized tower 502, sector 6 and tower 170 sector 1.
• Both towers are located in the geographic area consistent with the robbery scene.

5

*Adriane Foster*



FD-302 (Rev. 5-8-10)

- 1 of 4 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____ 02/06/2013

       ███████████ date of birth (DOB) ███████████ was interviewed while in custody at the United States Marshal lock-up located at 231 W. Lafayette Street, Detroit, Michigan, pursuant to a proffer agreement with the Government. Task Force Officer James Miller, Assistant United States Attorney Ken Chadwell, and Attorney Randall Roberts were present during the interview. After being advised of the nature of the interview, ███████ provided the following information:

       ███████ was involved with the robbery of a T-MOBILE store located on Jefferson in Detroit, Michigan, on October 31, 2012. ███████ was the driver and bagman for the robbery. ███████ went into the store with NICK Last Name Unknown (LNU) who was the gunman. NICK wore a black coat during the robbery. TIMOTHY CARPENTER and SED LNU were inside of SED'S red Dodge Charger watching as the robbery happened.

       After the robbery, ███████ and NICK met CARPENTER and SED at a house on Moross that belonged to one of CARPENTER'S friends. ███████ and NICK grabbed the cellular telephones and got into the car with CARPENTER and SED and they drove to a liquor store in Hamtramck, Michigan. CARPENTER went into the store to meet with the person who was going to buy the cellular telephones. After CARPENTER discussed the deal with the business owner, he came back to the car and asked ███████ and NICK to bring the cellular telephones into the store. CARPENTER collected the money from the business owner, and paid ███████ NICK, and SED $3,000.00 each. ███████ believed CARPENTER kept a little more than $3,000.00 for himself.

       ███████ was there when a RADIO SHACK store was robbed in Eastpointe, Michigan on December 1, 2012. CARPENTER asked FOSTER to go into the store and scope out who was inside. ███████ went in and asked about getting an iPhone contract. CARPENTER drove ███████ to his baby momma's house nearby and told ███████ about his plan to rob the store. ███████ told CARPENTER, "I don't want to go in, but I know people who will do it." ███████ suggested "JAY" and "DAY-BO" would do it. "JAY'S" real name was JESSE LNU, but he also went by "BLACK" and "JAY BLACK." "DAY-BO'S" real name was DAVID LNU. ███████ knew that JESSE and DAVID had done robberies previously, and would be willing to rob the store to make some money.

| | | | |
|---|---|---|---|
| Investigation on | 02/05/2013 | at | Detroit, Michigan, United States (In Person) |
| File # | 192B-DE-105923 | | Date drafted   02/06/2013 |
| by | RUIZ VICENTE J | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

11-1-13 - 091

FD-302a (Rev. 05-08-10)

192B-DE-105923

Continuation of FD-302 of <u>Interview of             on 02/05/2013</u> , On   <u>02/05/2013</u> , Page   <u>2 of 4</u>

DAVID brought a gun for the robbery. DAVID and JESSE used a stolen minivan as the getaway vehicle. ▆▆▆▆ and CARPENTER were in CARPENTER'S gray Ford Explorer across the street. After DAVID and JESSE left the store, they met at CARPENTER'S baby's momma's house located on Bringard in Detroit, Michigan, and parked the stolen minivan in the driveway. Everyone got in the car with CARPENTER and they drove to the same liquor store in Hamtramck, Michigan. CARPENTER, ▆▆▆▆ JESSE, and DAVID went into the store. CARPENTER dealt with an Arab male. They were compensated $11,500.00 for the stolen cellular telephones. ▆▆▆▆received a couple hundred dollars while JESSE and DAVID received $3,500.00 each. ▆▆▆▆was not sure how much CARPENTER collected.

▆▆▆▆ was aware of a T-MOBILE store that got robbed on Grand River in Detroit, Michigan, on December 7, 2012. JESSE and DAVID robbed the store and used a white minivan as the getaway vehicle. ▆▆▆▆was not there but was in the area of Evergreen and Joy. After the robbery, JESSE and DAVID contacted▆▆▆and asked for CARPENTER'S number. ▆▆▆▆called CARPENTER and CARPENTER told ▆▆▆to call those guys back and see what they wanted. FOSTER found out that JESSE and DAVID robbed a cellular telephone store and wanted to talk to CARPENTER to see if he could help sell them. CARPENTER contacted the liquor store in Hamtramck, Michigan, and set up deal for the cellular telephones.

▆▆▆▆ went out to the liquor store with JESSE and DAVID. They all went into the store. JESSE and DAVID got $4,000.00 to split between the two of them and ▆▆▆did not collect any money. CARPENTER had arranged with the business owner to pick up his share of the money at a later time.

▆▆▆▆was the getaway driver for a robbery that occurred at a RADIO SHACK in Warren, Ohio. ▆▆▆believed they were going to Ohio to hang out with JAMES LNU, but once on the way to Ohio, TIMOTHY SANDERS aka "BIG TIM," started to reveal his plan to rob a store. ▆▆▆drove a green Jeep that he believed CARPENTER had stolen as the getaway vehicle. "LITTLE MIKE," SANDERS, and CARPENTER were in lookout vehicle. ▆▆▆drove "GANGSTER CRIPPIE" and two other guys to the store. "GANGSTER CRIPPIE" and the two other guys went into the store, but▆▆▆did not remember who carried the gun. After the robbery, they all met back at JAMES' house which was nearby. The group drove back to Detroit, Michigan, later that night and dropped ▆▆▆off at his mother's house. ▆▆▆did not get paid for his role in this robbery, nor did he know if anyone else got paid.

▆▆▆▆knew of an AT&T store getting robbed on Ten Mile Road in Warren, Michigan. LOU with gold teeth was the driver of the stolen minivan. "MAL," probably JAMAL LNU, and "BLACK," not JESSE, were the ones who went into the store. ▆▆▆did not know who carried the gun in to do the robbery. "TIM

FD-302a (Rev. 05-08-10)

192B-DE-105923

Continuation of FD-302 of  Interview of ▮▮▮▮▮▮ on 02/05/2013 , On  02/05/2013 , Page  3 of 4

TIM" was supposed to be the getaway driver. ▮▮▮▮ rode with "TIM TIM" in his conversion van. CARPENTER was a lookout in a different vehicle. After the robbery, they all met at METROPCS store located on Ottobon and Warren, in Detroit, Michigan. CARPENTER, LOU, "MAL," and "BLACK" were the only people who got paid. ▮▮▮▮ did not know how much they were paid.

▮▮▮▮ helped rob a RADIO SHACK store located on Woodward in Highland Park, Michigan, April 5, 2011. LOU was driving the stolen minivan they used for a getaway vehicle. ▮▮▮▮ was the bagman and went into the store with "DL" and "WHITEBOY." DL is CARPENTER'S baby's momma's younger brother and he carried a semi-automatic pistol into the store. "WHITEBOY" was one of CARPENTER'S friends. CARPENTER and "TIM TIM" were waiting across the street as the robbery occurred. After the robbery, LOU got on the freeway and ditched the stolen minivan shortly there after. LOU, ▮▮▮▮ "DL," and "WHITEBOY," jumped in the car with CARPENTER and "TIM TIM," and they went to the liquor store in Hamtramck, Michigan. CARPENTER went into the store alone. CARPENTER came out with some money and paid ▮▮▮▮ $700.00. ▮▮▮▮ was unsure how much anyone else was paid.

▮▮▮▮ had recently scoped out a RADIO SHACK on Eight Mile and Evergreen, in Detroit, Michigan, with JESSE and DAVID, but they decided not to rob it.

▮▮▮▮ knew the prices for iPhone 5 cellular telephones. An AT&T iPhone 5 would sell for as much as $600.00. A SPRINT or VERIZON iPhone 5 would sell for only $450.00.

▮▮▮▮ was recently pulled over with four other people in his car by the Detroit Police Department and a gun was found. The gun belonged to DAVID. JESSE and DAVID were both in the car with ▮▮▮▮ when he was pulled over. DAVID usually has a firearm on his person.

CARPENTER was the shooter in the homicide that SANDERS was convicted for. "BIG D" and his son were victims in the shooting. The shooting incident occurred at a housing project located near Warren and Conner, in Detroit, Michigan. ▮▮▮▮ was not there to witness the shooting, but his best friend DARIUS BROWN was. BROWN was selling drugs for SANDERS at the time.

BROWN told ▮▮▮▮ that SANDERS' female cousin "DAIMOND," True Name Unknown (TNU), had gotten into a fight with SIERRA LNU, aka "RED," and TIERRA, aka "BIG MA." "BIG D" tried to break up the fight and in the process pushed "DIAMOND" to the ground. "JAY-BO," a pill guy in the neighborhood and "DIAMOND'S" boyfriend called SANDERS.

SANDERS and CARPENTER pulled up to the scene where the fight had

FD-302a (Rev. 05-08-10)

192B-DE-105923

Continuation of FD-302 of _Interview of_ ▮▮▮▮▮ _on 02/05/2013_ , On _02/05/2013_ , Page _4 of 4_

occurred. As SANDERS was confronting "BIG D," CARPENTER was stepping back towards the curb and drawing a gun. CARPENTER tripped on the curb and began shooting towards "BIG D" as he fell. SANDERS pulled out a gun and began shooting in the air. "BIG D" was armed with a .38 caliber pistol that day.

▮▮▮▮knew CARPENTER was putting money in SANDERS phone account at the Wayne County Jail. SANDERS would get mad at CARPENTER because he would not put money on the account quick enough for SANDERS. CARPENTER got mad and told ▮▮▮▮ "I did do the murder, but he got caught."

"BAMA," a black male from the same projects where "BIG D" was murdered, was supposed to be a witness in SANDERS trial. "BAMA" drove a red Ford Mustang. "BAMA" was killed the day before court began. ▮▮▮▮thought SANDERS and CARPENTER may have had something to do with his murder.

▮▮▮▮thought SANDERS and CARPENTER had something to do with LOU'S murder. ▮▮▮▮believed that SANDERS' and CARPENTER's cousin, a bald black male who had recently been released from prison was the shooter.

"WOODS" ran a drug house in the neighborhood where CARPENTER was selling. There were guns in this house. LOU was "shortstopping" or selling drugs across the street from this house and stealing the customers as they would come to purchase from the house CARPENTER sold drugs from.

On the day LOU was killed, CARPENTER was in the drug house with a gun, but he did not run out to help LOU. A white minivan with at least three people inside pulled up. People jumped out and started shooting at LOU. ▮▮▮▮could hear the shots and saw LOU running towards where ▮▮▮▮was. ▮▮▮▮could tell that LOU had been shot because of the way he was running. ▮▮▮▮wanted to run in the house to call someone, but at the same time he did not want to leave the street when LOU was running towards him. ▮▮▮▮ saw the people who shot LOU grab him and put him in the minivan. ▮▮▮▮ heard another shot and believed LOU had been killed. LOU'S body was dropped off on Van Dyke. The incident occurred in broad daylight.

▮▮▮▮consented to a search of the cellular telephones and flash drives found in his possession at the time of his arrest.